**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01513-CV

### IN RE BILLY SHANNON MCKINNEY, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 24008-422**

## ORDER

Based on the Court's order of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's request to proceed in forma pauperis although we have allowed him to proceed in this case without the payment of a filing fee. We **DENY** as unnecessary relator's motion for leave to file a petition for writ of mandamus. The rules of appellate procedure do not require such a motion. We **ORDER** relator to bear the costs of this original proceeding.

/s/     LANA MYERS
          JUSTICE